|   |   |
|---|---|
| 1 | James R. Wheaton, SBN 115230 |
| 2 | David A. Greene, SBN 160107<br>FIRST AMENDMENT PROJECT |
| 3 | California Building, Ninth Floor<br>1736 Franklin Street |
| 4 | Oakland, California 94612<br>(510) 208-7744 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA ESLAMINIA, MINA HAKIMI ESLAMINIA, AMIR ESLAMINIA<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE;<br><br>Defendants. | ) Civil Action No. 99-3249 MHP<br>)<br>) **STIPULATION AND JOINT**<br>) **MOTION TO RESCHEDULE**<br>) **CASE MANAGEMENT**<br>) **CONFERENCE; [PROPOSED]**<br>) **ORDER**<br>) |

Subject to this Court's approval, plaintiffs Reza Eslaminia, Mina Hakimi Eslaminia and Ami Eslaminia, and defendants, the Federal Bureau of Investigation and the United States Department of Justice, by and through their undersigned counsel, hereby stipulate and agree to continue the case management conference from June 29, 2009 to another date of the Court's choosing.

On May 11, 2009, the parties jointly requested that the Court set a case management conference. By Clerk's Notice dated May 14, 2009, the Court scheduled a conference for June 29, 2009 at 3:00 P.M.

*Eslaminia v. FBI*: Stipulation and Joint Motion to Reschedule Case Management Conference

A change in the date for the conference is necessary because plaintiff's attorneys are each unavailable on that day. Counsel have conferred and identified the following dates on which they are available: July 6, July 20, or August 10. Counsel can supply additional dates if this Court seeks to schedule the conference for September 2009 or later.

Respectfully submitted,

Dated: May 14, 2009                              FIRST AMENDMENT PROJECT

                              By:    _____/s/_____
                                     David A. Greene

                                     Attorneys for Plaintiffs
                                     Reza Eslaminia
                                     Amir Eslaminia
                                     Mina Hakimi Eslaminia

Dated: May 14, 2009                              JOSEPH P. RUSSONIELLO
                                                 United States Attorney

                                                 ILA C. DEISS
                                                 Assistant United States Attorney

                              by:    _____/s/_____
                                     Ila C. Deiss

                                     Attorneys for the Defendants

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the case management conference set for June 29, 2009 at 3:00 PM is hereby rescheduled to August 10, 2009 at 3:00 p.m. A Joint Case Management Conference Statement is due ten days prior to the conference.

Dated: 6/26/2009

                              IT IS SO ORDERED
                              Honorable
                              Judge
                              Judge Marilyn H. Patel

*Eslaminia v. FBI*: Stipulation and Joint Motion to Reschedule Case Management Conference                Page 2