1  JAMES R. WHEATON (CSBN 115230)
   First Amendment Project
2  California Building
   1736 Franklin Street, Ninth Floor
3  Oakland, CA  94612
   Telephone:   (510) 208-7744
4  Facsimile:   (510) 208-4562

5  Attorney for Plaintiff

6  MELINDA HAAG
   United States Attorney
7  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
8  ILA DEISS (NYSBN 3052909)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, 9th Floor
10     San Francisco, California 94102-3495
       Telephone:     (415) 436-7124
11     Facsimile:     (415) 436-7169
       Email:     ila.deiss@usdoj.gov
12
13 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA ESLAMINIA,<br>MINA HAKIMI ESLAMINA,<br>AMIR ESLAMINA, | No. C 99-3249 MHP |
| Plaintiffs, | **STIPULATION UNDER CIVIL L.R. 7-12;** |
| v. | **AND [PROPOSED] ORDER** |
| FEDERAL BUREAU OF INVESTIGATIONS;<br>U.S. DEPARTMENT OF JUSTICE, | |
| Defendants. | |

   WHEREAS the Court entered Judgment in this Freedom of Information Act (FOIA) case on October 28, 2011;

   WHEREAS the time to appeal the Judgment ends on December 27, 2011;

   WHEREAS Plaintiffs filed an *ex parte* request for an extension of time to make a fee

Joint Stip
C99-3249 MHP

request under 5 U.S.C. § 552(a)(4)(E) on November 10, 2011;

Pursuant to Civil L. R. 7-12, the parties hereby stipulate that:

Plaintiffs will have until January 3, 2012 to file a fee request, if any, under 5 U.S.C. § 552(a)(4)(E);

Defendants will oppose any such request in accordance with the Local Rules and the FOIA statute; and

the parties consent to a magistrate judge for the limited purpose of considering such a request, if one is made.

Dated: November 16, 2011

                                            Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____/s/_____
                                            ILA C. DEISS
                                            Assistant United States Attorney

                                            Attorneys for Defendants

Dated: November 16, 2011

                                            _____/s/_____
                                            JAMES WHEATON
                                            Attorney for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.

Date: 11/18/2011

MARILYN HALL PATEL
US District C...

*[Judge's seal and signature: Judge Marilyn H. Patel, United States District Court, Northern District of California]*

Joint Stip
C99-3249 MHP