1 | JAMES R. WHEATON (CSBN 115230)
First Amendment Project
2 | California Building
1736 Franklin Street, Ninth Floor
3 | Oakland, CA 94612
Telephone: (510) 208-7744
4 | Facsimile: (510) 208-4562

5 | Attorney for Plaintiff

6 | MELINDA HAAG
United States Attorney
7 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
8 | ILA DEISS (NYSBN 3052909)
Assistant United States Attorney
9 |
   450 Golden Gate Avenue, 9th Floor
10 |    San Francisco, California 94102-3495
   Telephone: (415) 436-7124
11 |    Facsimile: (415) 436-7169
   Email: ila.deiss@usdoj.gov
12 |
13 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA ESLAMINIA, ) <br> MINA HAKIMI ESLAMINA, ) <br> AMIR ESLAMINA, ) <br> ) <br>      Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATIONS; ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br>      Defendants. ) | No. C 99-3249 MHP <br><br> **STIPULATION UNDER CIVIL L.R. 7-12; AND [PROPOSED] ORDER** |

    WHEREAS the Court entered Judgment in this Freedom of Information Act (FOIA) case on October 28, 2011;

    WHEREAS the time to appeal the Judgment ends on December 27, 2011;

    WHEREAS Plaintiffs filed an *ex parte* request for an extension of time to make a fee

Joint Stip
C99-3249 MHP

1  request under 5 U.S.C. § 552(a)(4)(E) on November 10, 2011;

2      Pursuant to Civil L. R. 7-12, the parties hereby stipulate that:

3      Plaintiffs will have until January 3, 2012 to file a fee request, if any, under 5 U.S.C. §

4  552(a)(4)(E);

5      Defendants will oppose any such request in accordance with the Local Rules and the FOIA

6  statute; and

7      the parties consent to a magistrate judge for the limited purpose of considering such a

8  request, if one is made.

10  Dated: November 16, 2011      Respectfully submitted,

11       MELINDA HAAG
     United States Attorney

13       _____/s/_____
     ILA C. DEISS
14       Assistant United States Attorney

15       Attorneys for Defendants

18  Dated: November 16, 2011
     _____/s/_____
     JAMES WHEATON
19       Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Date: 11/18/2011

_____
MARILYN HALL PATEL
U.S. District Court

Judge Marilyn H. Patel

Joint Stip
C99-3249 MHP