JAMES R. WHEATON (CSBN 115230)
First Amendment Project
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA  94612
Telephone:    (510) 208-7744
Facsimile:     (510) 208-4562

Attorney for Plaintiff

MELINDA HAAG
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:       (415) 436-7124
   Facsimile:        (415) 436-7169
   Email:       ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA ESLAMINIA,<br>MINA HAKIMI ESLAMINA,<br>AMIR ESLAMINA,<br><br>        Plaintiffs,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS;<br>U.S. DEPARTMENT OF JUSTICE,<br><br>        Defendants. | No. C 99-3249 MHP<br><br>**STIPULATED CONSENT UNDER FED. R. CIV. P. 73; AND [PROPOSED] ORDER** |

     WHEREAS the Court entered Judgment in this Freedom of Information Act (FOIA) case on October 28, 2011;

     WHEREAS on November 18, 2011, the Court granted Plaintiffs' unopposed request for an extension of time to make a fee request under 5 U.S.C. § 552(a)(4)(E) to January 3, 2012;

1  WHEREAS Defendants will oppose any such fee request, if filed;

2  Pursuant to Fed. R. Civ. P. 73, the corresponding Civil Local Rules and 28 U.S.C. §
3  636(c), the parties hereby consent to Magistrate Judge Laporte considering Plaintiffs' fee request,
4  if filed.

5

6  Dated: December 1, 2011                    Respectfully submitted,

7                                             MELINDA HAAG
                                              United States Attorney
8

9                                             _____/s/_____
                                              ILA C. DEISS
10                                            Assistant United States Attorney

11
                                              Attorneys for Defendants
12

13
   Dated: December 1, 2011
14                                            _____/s/_____
                                              JAMES WHEATON
15                                            Attorney for Plaintiff

16

17
                            [~~PROPOSED~~] ORDER
18
       Pursuant to stipulation, Plaintiffs' fee request under 5 U.S.C. § 552(a)(4)(E), if filed, and
19
   any opposition, will be referred to Magistrate Judge Laporte for consideration and ruling with
20
   appeal if any, directly to the Ninth Circuit Court of Appeals.
21
   Date: 12/02/11
22                                            _____
                                              MARILYN HALL PATEL
23                                            United States District Court Judge

24

25

26

27

28

Joint Consent
C99-3249 MHP