JAMES R. WHEATON (CSBN 115230)
First Amendment Project
California Building
1736 Franklin Street, Ninth Floor
Oakland, CA  94612
Telephone:    (510) 208-7744
Facsimile:    (510) 208-4562

Attorney for Plaintiff

MELINDA HAAG
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ILA DEISS (NYSBN 3052909)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone:     (415) 436-7124
   Facsimile:     (415) 436-7169
   Email:     ila.deiss@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA ESLAMINIA,<br>MINA HAKIMI ESLAMINA,<br>AMIR ESLAMINA,<br><br>          Plaintiffs,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS;<br>U.S. DEPARTMENT OF JUSTICE,<br><br>          Defendants. | No. C 99-3249 MHP<br><br>**STIPULATED CONSENT UNDER FED. R. CIV. P. 73; AND [PROPOSED] ORDER** |

     WHEREAS the Court entered Judgment in this Freedom of Information Act (FOIA) case on October 28, 2011;

     WHEREAS on November 18, 2011, the Court granted Plaintiffs' unopposed request for an extension of time to make a fee request under 5 U.S.C. § 552(a)(4)(E) to January 3, 2012;

Joint Consent
C99-3249 MHP

1  WHEREAS Defendants will oppose any such fee request, if filed;

2  Pursuant to Fed. R. Civ. P. 73, the corresponding Civil Local Rules and 28 U.S.C. §

3  636(c), the parties hereby consent to Magistrate Judge Laporte considering Plaintiffs' fee request,

4  if filed.

6  Dated: December 1, 2011                              Respectfully submitted,

7                                                       MELINDA HAAG
                                                        United States Attorney

9                                                       _____/s/_____
10                                                      ILA C. DEISS
                                                        Assistant United States Attorney

11
12                                                      Attorneys for Defendants

14  Dated: December 1, 2011                             _____/s/_____
                                                        JAMES WHEATON
15                                                      Attorney for Plaintiff


### [~~PROPOSED~~] ORDER

Pursuant to stipulation, Plaintiffs' fee request under 5 U.S.C. § 552(a)(4)(E), if filed, and any opposition, will be referred to Magistrate Judge Laporte for consideration and ruling with appeal if any, directly to the Ninth Circuit Court of Appeals.

Date: 12/02/11

_____
MARILYN HALL PATEL
United States District Court Judge

Joint Consent
C99-3249 MHP